IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANDREW FORD

I N F O R M A T I O N

Case No. ________________________

Violation: 18 U.S.C. §§ 924(c)(1), 1951(a), and 2

COUNT ONE

**Interference with Commerce by Threats and Violence – Hobbs Act Robbery**

The United States Attorney Charges:

On or about September 28, 2015, in the District of North Dakota,

ANDREW FORD

did unlawfully obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, and extortion, as those terms are defined in 18 U.S.C. §§ 1951(b)(1) and (b)(2), in that the defendant did unlawfully take personal property consisting of United States currency belonging to The Spirit Shop liquor store, 1404 33rd Street South, Fargo, North Dakota, from the presence of an employee, against the employee's will, by means of actual and threatened force, violence, and fear of immediate and future injury to the employee's person, while the victim engaged in commercial activities as the employee of The Spirit Shop liquor store, a business that was engaged in and affects interstate commerce;

In violation of Title 18, United States Code, Section 1951(a).

COUNT TWO

**Possession of a Firearm in Furtherance of a Crime of Violence**

The United States Attorney Further Charges:

On or about September 28, 2015, in the District of North Dakota,

ANDREW FORD

did knowingly possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: ANDREW FORD possessed a firearm in furtherance of the Interference with Commerce by Threats and Violence – Hobbs Act Robbery, of The Spirit Shop liquor store, as set forth in Count One above;

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

CHRISTOPHER C. MYERS
United States Attorney

CCM:ld